**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| | ) Case No.: |
| v. | ) ) Judge |
| CABRAL TRUCKING, CORP. an Illinois corporation | ) Magistrate Judge ) ) |
| Defendant. | ) ) |

## COMPLAINT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorneys, John J. Toomey, of Arnold and Kadjan, LLP complain against Defendant, CABRAL TRUCKING, CORP., an Illinois corporation, as follows:

## JURISDICTION AND VENUE

1. (a) Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

(b) Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Funds as described in Paragraph 2, are administered.

## PARTIES

2. (a) Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

(b)    The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to trust agreements and are funded through employer contributions required by collective bargaining agreements previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union") and Employers;

(c)    The Funds are maintained and administered in this judicial district in accordance with and pursuant to the provisions of ERISA, the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

3.    (a)    CABRAL TRUCKING, CORP., an Illinois corporation, from April 1, 2016 through the present, employs employees represented by the Union and is bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by its employees.

(b)    CABRAL TRUCKING, CORP., maintains its principal place of business at Elburn, Illinois.

(c)    CABRAL TRUCKING, CORP., is an employer engaged in an industry affecting commerce.

4.    On May 22, 2020 CABRAL TRUCKING, CORP., entered into an Area Wide Material Hauling Agreement with Teamsters Local 673 for the period from June 1, 2015 through May 31, 2019, which continued in effect following that date, and later, effective June 1, 2021 through and including May 31, 2023 with Teamsters 673, as confirmed with the Local, as extended, which required contributions to the Funds pursuant to 29 U.S.C. 1145 (Exhibit A). CABRAL TRUCKING, CORP., has not sent a notice of termination.

2

5.      Pursuant to the collective bargaining agreements between CABRAL TRUCKING, CORP., and the Union, CABRAL TRUCKING, CORP., failed and continues to fail to make its obligated contributions to the Fund for the period April 1, 2016 through September 30, 2021 as disclosed in an audit conducted on January 6, 2025 (Exhibit B).

6.      The audit disclosed $84,446.13 due the Welfare Fund and $53,726.10 due the Pension Fund for a total of $138,172.23.

WHEREFORE, Plaintiffs pray:

A.      This court enter judgment in favor of the Plaintiffs and against CABRAL TRUCKING, CORP., an Illinois corporation in the amount of the audits, $138,172.23.

B.      That this court award the plaintiffs their attorneys' fees, costs, interest, and liquidated damages pursuant to 29 U.S.C. 1132(g)(2) and as required by the relevant collective bargaining agreements and trust agreements creating the Welfare and Pension Funds.

C.      That the Court grant such further relief as it deems just and proper.

TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS

By: _____
        One of Its Attorneys

John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415

# EXHIBIT A

**ORIGINAL**

ADDENDUM
ATTACHED

THE

AREA WIDE MATERIAL HAULING AGREEMENT

BETWEEN

TEAMSTERS LOCAL 673

Cobral Trucking INc.

EFFECTIVE JUNE 1, 2015 THROUGH May 31, 2019



1

## ARTICLE 39
## DURATION AND TERMINATION

**39.1** THIS AGREEMENT SHALL BECOME EFFECTIVE ON JUNE 1, 2015 AND SHALL REMAIN IN FULL FORCE AND EFFECT UNTIL AND INCLUDING May 31, 2019. AFTER May 31,2019, THIS AGREEMENT SHALL BE RENEWED AUTOMATICALLY FOR PERIODS OF ONE (1) YEAR UNLESS EITHER THE EMPLOYER OR THE UNION GIVES WRITTEN NOTICE TO THE OTHER OF A DESIRE TO MODIFY, AMEND OR TERMINATE SAME AT LEAST SIXTY (60) DAYS PRIOR TO THE EXPIRATION OF ANY SUCH PERIOD.

THE COMPANY AND THE UNION AGREE TO MEET FOR NEGOTIATIONS OF DRUG LANGUAGE, TO BE ATTACHED TO THIS AGREEMENT.

**IN WITNESS WHEREOF** THE PARTIES HAVE HEREUNTO SET THEIR HANDS THIS _____ DAY OF _____, _____.

**FOR THE EMPLOYER:**

SIGNATURE

Fran Cisco J Cabral
TITLE

2N 553 Pouler RD
ADDRESS

Elburn IL 60119

(224) 377-7094
PHONE #

**FOR THE UNION:**

TIMOTHY L. CUSTER
SECRETARY-TREASURER&
PRINCIPAL OFFICER
TEAMSTERS LOCAL 673
1050 W. ROOSEVELT RD.
WEST CHICAGO, IL 60185
630) 231-6660

# Area Wide Material Hauling Agreement
## For Owner/Drivers Between
## Teamsters Local 673
### Effective January 1, 2015 through May 31, 2019

That this **Addendum** is a modification to Article 4.2, Subcontractors, of the Area Wide Material Hauling Agreement and shall supercede and control in the event of a conflict regarding welfare and pension contribution rates for subcontracted work.

## Article 10 – Health & Welfare:

| | |
|---|---|
| Effective 1/1/15 | $315 per week |
| Effective 6/1/16 | To be allocated by the Union by its sole discretion from its current economic package. |
| Effective 6/1/17 | To be allocated by the Union by its sole discretion from its current economic package. |
| Effective 6/1/18 | To be allocated by the Union by its sole discretion from its current economic package. |

## Article 11 – Pension:

| | |
|---|---|
| Effective 6/1/15 | $205.00 per week (minimum) |
| Effective 6/1/16 | To be allocated by the Union by its sole discretion from its current economic package. |
| Effective 6/1/17 | To be allocated by the Union by its sole discretion from its current economic package. |
| Effective 6/1/18 | To be allocated by the Union by its sole discretion from its current economic package. |

## Pension:

It is agreed that owner operators may elect a reduced pension rate of $205.00 per week starting 6/1/2015. The starting rate will be $205.00, unless negotiated higher. All other increases will come out of total allocation package.

It is also agreed to accept the Suburban Teamsters preferred pension plan.

**EMPLOYERS:**

Firm: _Francisco J Cabral_

Address: _2 N 53 Powey_

City, State, Zip _IL, 60119_

Telephone: _(224) 377-7094_

_Francisco J Cabral_

Signature and Title          (Print)

_[signature]_

Signature          (Sign)

**FOR THE UNION:**

Teamsters Local 673
1050 W. Roosevelt Rd.
West Chicago, IL 60185
(630) 231-6660

_[signature]_

Timothy L. Custer
Secretary Treasurer &
Principal Officer

*UPDATED 5/7/2015 DU*



# GENERAL TEAMSTERS, CHAUFFEURS, SALESDRIVERS AND HELPERS, LOCAL UNION NO. 673, ALL OF DUPAGE COUNTY AND ALL OF KANE COUNTY SOUTH OF ROOSEVELT ROAD, ILLINOIS

### AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS

TIMOTHY L. CUSTER Secretary-Treasurer Principal Officer

## Area Wide Material Hauling Agreement
## Memorandum of Agreement
## Two Year Contract Extension
## Effective June 1, 2021 through May 31, 2023

ER 5165

The undersigned agree to this Memorandum of Agreement to extend the current Collective Bargaining Agreement which expired May 31, 2021 for two (2) years effective June 1, 2021 through and including May 31, 2023, with the following modifications:

Effective June 1, 2021 a total package increase of $1.62 to be allocated between wages, Health & Welfare and Pension as follows:

| | |
|---|---|
| Wages: | .65¢ per hour |
| Health & Welfare: | .45¢ per hour = $18.00 per week |
| Pension: | .52¢ per hour = $20.80 per week |

Effective June 1, 2022 a total package increase of $1.67 to be allocated between Wages, Health & Welfare and Pension.

**For the Company:**

Cabral Trucking Corp.
2N553 Pouley Rd.
Elburn, IL 60119

(Signature)

Francisco J Cabral
(Printed Name)

**For the Union:**

Teamsters Local 673
1050 W. Roosevelt Rd.
West Chicago, IL 60185

Timothy L. Custer

PENSION FUND

AUG 0 3

RECEIVED

1050 W. Roosevelt Rd.   West Chicago, Illinois 60185   Phone (630) 231-6660   Fax (630) 231-6168

# EXHIBIT B

**Employer Name:** Cabral Trucking Corp
**Address:** 2N 553 Pauley Rd Elburn, IL 60119

**ER# 5165**
**LOCAL: 673**

Phone: 224-377-7094
Contact: Francisco Cabral

Audit Date: 01/06/2025          Period Covered: April 1, 2016 through September 30, 2021

Error Code Descriptions
A) Reported employees incomplete records. Weeks with records and estimated weeks do not match reported weeks.
B) Non-reported employees incomplete records. Weeks with records and estimated weeks do not match reported weeks.

| Name | | Soc Sec No | Error Code | Work Month | Welfare Weeks/Hrs | Pension Weeks/Hrs | Weekly/Hrly Welfare Rate | Weekly Pension Rate | Amount Due Welfare | Amount Due Pension | Employer Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cabral | Francisco | 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 | A | Apr-16 | 5.00 | 5.00 | $ 331.00 | $ 205.00 | $ 1,655.00 | $ 1,025.00 | 5165 |
| Cabral | Francisco | 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 | A | May-16 | 4.00 | 4.00 | $ 331.00 | $ 205.00 | $ 1,324.00 | $ 820.00 | 5165 |
| Cabral | Francisco | 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 | A | Jun-16 | 2.00 | 2.00 | $ 331.00 | $ 218.60 | $ 662.00 | $ 437.20 | 5165 |
| Cabral | Francisco | 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 | A | Oct-16 | 1.00 | 1.00 | $ 331.00 | $ 218.60 | $ 331.00 | $ 218.60 | 5165 |
| Cabral | Francisco | 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 | A | Nov-16 | 1.00 | 1.00 | $ 331.00 | $ 218.60 | $ 331.00 | $ 218.60 | 5165 |
| Cabral | Francisco | 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 | A | Apr-17 | 3.00 | 2.00 | $ 331.00 | $ 218.60 | $ 993.00 | $ 437.20 | 5165 |
| Cabral | Francisco | 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 | A | May-17 | 1.00 | 0.25 | $ 331.00 | $ 218.60 | $ 331.00 | $ 54.65 | 5165 |
| Cabral | Francisco | 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 | A | Jul-17 | 1.00 | 1.00 | $ 347.00 | $ 231.40 | $ 347.00 | $ 231.40 | 5165 |
| Cabral | Francisco | 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 | A | Aug-17 | 1.00 | 0.50 | $ 347.00 | $ 231.40 | $ 347.00 | $ 115.70 | 5165 |
| Cabral | Francisco | 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 | A | Sep-17 | 1.00 | 1.00 | $ 347.00 | $ 231.40 | $ 347.00 | $ 231.40 | 5165 |
| Cabral | Francisco | 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 | A | Oct-17 | 2.00 | 1.25 | $ 347.00 | $ 231.40 | $ 694.00 | $ 289.25 | 5165 |
| Cabral | Francisco | 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 | A | Nov-17 | 1.00 | | $ 347.00 | $ 231.40 | $ 347.00 | $ - | 5165 |
| Cabral | Francisco | 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 | A | Dec-17 | 2.00 | 2.00 | $ 347.00 | $ 231.40 | $ 694.00 | $ 462.80 | 5165 |
| Cabral | Francisco | 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 | A | Jan-18 | 1.00 | | $ 347.00 | $ 231.40 | $ 347.00 | $ - | 5165 |
| Cabral | Francisco | 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 | A | Feb-18 | 3.00 | 2.25 | $ 347.00 | $ 231.40 | $ 1,041.00 | $ 520.65 | 5165 |
| Sanchez | Mauricio | 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 | A | Apr-18 | 1.00 | 1.00 | $ 347.00 | $ 231.40 | $ 347.00 | $ 231.40 | 5165 |
| Cabral | Francisco | 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 | A | May-18 | 1.00 | 0.75 | $ 347.00 | $ 231.40 | $ 347.00 | $ 173.55 | 5165 |
| Sanchez | Mauricio | 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 | A | May-18 | 1.00 | 1.00 | $ 347.00 | $ 231.40 | $ 347.00 | $ 231.40 | 5165 |
| Cabral | Francisco | 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 | A | Jun-18 | 2.00 | 0.50 | $ 363.00 | $ 247.40 | $ 726.00 | $ 123.70 | 5165 |
| Sanchez | Mauricio | 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 | A | Jun-18 | 2.00 | 2.00 | $ 363.00 | $ 247.40 | $ 726.00 | $ 494.80 | 5165 |
| De La Cruz | Arturo S | 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 | A | Aug-18 | 1.00 | 0.50 | $ 363.00 | $ 247.40 | $ 363.00 | $ 123.70 | 5165 |
| Sanchez | Mauricio | 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 | A | Aug-18 | 1.00 | 0.50 | $ 363.00 | $ 247.40 | $ 363.00 | $ 123.70 | 5165 |
| Cabral | Francisco | 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 | A | Sep-18 | 1.00 | | $ 363.00 | $ 247.40 | $ 363.00 | $ - | 5165 |
| De La Cruz | Arturo S | 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 | A | Sep-18 | 1.00 | 0.50 | $ 363.00 | $ 247.40 | $ 363.00 | $ 123.70 | 5165 |
| Sanchez | Mauricio | 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 | A | Sep-18 | 1.00 | 0.50 | $ 363.00 | $ 247.40 | $ 363.00 | $ 123.70 | 5165 |
| Sanchez | Mauricio | 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 | A | Oct-18 | 1.00 | 1.00 | $ 363.00 | $ 247.40 | $ - | $ 61.85 | 5165 |
| De La Cruz | Arturo S | 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 | A | Nov-18 | | 0.25 | $ 363.00 | $ 247.40 | $ 363.00 | $ 247.40 | 5165 |
| Sanchez | Mauricio | 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 | A | Nov-18 | 1.00 | 1.00 | $ 363.00 | $ 247.40 | $ 1,815.00 | $ 1,237.00 | 5165 |
| Cabral | Francisco | 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 | A | Dec-18 | 5.00 | 5.00 | $ 363.00 | $ 247.40 | $ 1,452.00 | $ 989.60 | 5165 |
| Cabral | Francisco | 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 | A | Apr-19 | 4.00 | 4.00 | $ 363.00 | $ 247.40 | $ 1,452.00 | $ 989.60 | 5165 |
| Cabral | Francisco | 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 | A | May-19 | 4.00 | 4.00 | $ 363.00 | $ 247.40 | $ 1,516.00 | $ 1,053.60 | 5165 |
| Salgado | Jesus | 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 | A | Sep-19 | 4.00 | 4.00 | $ 379.00 | $ 263.40 | $ 1,516.00 | $ 1,053.60 | 5165 |
| Salgado | Jesus | 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 | A | Oct-19 | 4.00 | 4.00 | $ 379.00 | $ 263.40 | $ 379.00 | $ 263.40 | 5165 |
| Lombardo | Mike | 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 | A | Nov-19 | 1.00 | 1.00 | $ 379.00 | $ 263.40 | $ 1,895.00 | $ 1,317.00 | 5165 |
| Salgado | Jesus | 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 | A | Nov-19 | 5.00 | 5.00 | $ 379.00 | $ 263.40 | $ 1,516.00 | $ 1,053.60 | 5165 |
| Cabral | Francisco | 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 | A | Apr-20 | 4.00 | 4.00 | $ 379.00 | $ 263.40 | $ 395.00 | $ 283.40 | 5165 |
| Muniz | Juan | 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 | B | Jun-20 | 1.00 | 1.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5165 |
| Muniz | Juan | 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 | B | Jul-20 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,975.00 | $ 1,417.00 | 5165 |
| Muniz | Juan | 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 | B | Aug-20 | 5.00 | 5.00 | $ 395.00 | $ 283.40 | $ 1,975.00 | $ 1,417.00 | 5165 |
| Robles | Nicolas | 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 | B | Aug-20 | 5.00 | 5.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5165 |
| Muniz | Juan | 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 | B | Sep-20 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5165 |
| Robles | Nicolas | 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 | B | Sep-20 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 395.00 | $ - | 5165 |
| Cabral | Francisco | 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 | A | Oct-20 | 1.00 | | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5165 |
| Cavada | Loreno | 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 | B | Oct-20 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 395.00 | $ - | 5165 |
| Lombardo | Mike | 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 | A | Oct-20 | 1.00 | | $ 395.00 | $ 283.40 | $ 1,975.00 | $ 1,417.00 | 5165 |
| Muniz | Juan | 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 | B | Oct-20 | 5.00 | 5.00 | $ 395.00 | $ 283.40 | $ 1,975.00 | $ 1,417.00 | 5165 |
| Robles | Nicolas | 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 | B | Oct-20 | 5.00 | 5.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5165 |
| Cabral | Francisco | 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 | A | Nov-20 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5165 |
| Cavada | Loreno | 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 | B | Nov-20 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5165 |
| Lombardo | Mike | 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 | A | Nov-20 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5165 |
| Muniz | Juan | 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 | B | Nov-20 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5165 |
| Robles | Nicolas | 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 | B | Nov-20 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5165 |
| Cabral | Francisco | 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 | A | Apr-21 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5165 |
| Garcia | Bartolome | 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 | A | Apr-21 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5165 |
| Lombardo | Mike | 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 | A | Apr-21 | 4.00 | 4.00 | $ 395.00 | $ 283.40 | $ 1,580.00 | $ 1,133.60 | 5165 |

Page 2 of 3

Employer Name: Cabral Trucking Corp
Address: 2N 553 Pauley Rd Elburn, IL 60119

ER# 5165
LOCAL: 673

Phone: 224-377-7094
Contact: Francisco Cabral

Audit Date: 01/06/2025

Period Covered: April 1, 2016 through September 30, 2021

**Error Code Descriptions**
A) Reported employees incomplete records. Weeks with records and estimated weeks do not match reported weeks.
B) Non-reported employees incomplete records. Weeks with records and estimated weeks do not match reported weeks.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Garcia | Bartolome | 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 | A | May-21 | 5.00 | 5.00 | $ 395.00 | $ 283.40 | $ 1,975.00 | $ 1,417.00 | 5165 |
| Cabral | Francisco | 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 | A | Jul-21 | 1.00 | 1.00 | $ 413.00 | $ 304.20 | $ 413.00 | $ 304.20 | 5165 |
| Garcia | Bartolome | 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 | A | Jul-21 | 1.00 | 1.00 | $ 413.00 | $ 304.20 | $ 413.00 | $ 304.20 | 5165 |
| Lombardo | Mike | 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 | A | Jul-21 | 1.00 | 1.00 | $ 413.00 | $ 304.20 | $ 413.00 | $ 304.20 | 5165 |
| Garcia | Bartolome | 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 | A | Aug-21 | 4.00 | 4.00 | $ 413.00 | $ 304.20 | $ 1,652.00 | $ 1,216.80 | 5165 |

Total UNPAID Contributions: $ 59,277.00 $ 38,427.15

Liquidated Damages 10% UNPAID (Contributions over 1 mo. Late): $ 5,927.70 $ 3,842.72

**Late Payment Interest .5% per mo. on UNPAID Contributions:**

| Work Month | Amount Due Welfare | % Int. | Int. Due Welfare | Amount Due Pension | % Int. | Int. Due Pension |
|---|---|---|---|---|---|---|
| Apr-16 | $ 1,655.00 | 53.00% | $ 877.15 | $ 1,025.00 | 53.00% | $ 543.25 |
| May-16 | $ 1,324.00 | 52.50% | $ 695.10 | $ 820.00 | 52.50% | $ 430.50 |
| Jun-16 | $ 662.00 | 52.00% | $ 344.24 | $ 437.20 | 52.00% | $ 227.34 |
| Oct-16 | $ 331.00 | 50.00% | $ 165.50 | $ 218.60 | 50.00% | $ 109.30 |
| Nov-16 | $ 331.00 | 49.50% | $ 163.85 | $ 218.60 | 49.50% | $ 108.21 |
| Apr-17 | $ 993.00 | 47.00% | $ 466.71 | $ 437.20 | 47.00% | $ 205.48 |
| May-17 | $ 331.00 | 46.50% | $ 153.92 | $ 54.65 | 46.50% | $ 25.41 |
| Jul-17 | $ 347.00 | 45.50% | $ 157.89 | $ 231.40 | 45.50% | $ 105.29 |
| Aug-17 | $ 347.00 | 45.00% | $ 156.15 | $ 115.70 | 45.00% | $ 52.07 |
| Sep-17 | $ 347.00 | 44.50% | $ 154.42 | $ 231.40 | 44.50% | $ 102.97 |
| Oct-17 | $ 694.00 | 44.00% | $ 305.36 | $ 289.25 | 44.00% | $ 127.27 |
| Nov-17 | $ 347.00 | 43.50% | $ 150.95 | $ - | 43.50% | $ - |
| Dec-17 | $ 694.00 | 43.00% | $ 298.42 | $ 462.80 | 43.00% | $ 199.00 |
| Jan-18 | $ 347.00 | 42.50% | $ 147.48 | $ - | 42.50% | $ - |
| Feb-18 | $ 1,041.00 | 42.00% | $ 437.22 | $ 520.65 | 42.00% | $ 218.67 |
| Apr-18 | $ 347.00 | 41.00% | $ 142.27 | $ 231.40 | 41.00% | $ 94.87 |
| May-18 | $ 694.00 | 40.50% | $ 281.07 | $ 404.95 | 40.50% | $ 164.00 |
| Jun-18 | $ 1,452.00 | 40.00% | $ 580.80 | $ 618.50 | 40.00% | $ 247.40 |
| Aug-18 | $ 726.00 | 39.00% | $ 283.14 | $ 247.40 | 39.00% | $ 96.49 |
| Sep-18 | $ 1,089.00 | 38.50% | $ 419.27 | $ 247.40 | 38.50% | $ 95.25 |
| Oct-18 | $ 363.00 | 38.00% | $ 137.94 | $ 247.40 | 38.00% | $ 94.01 |
| Nov-18 | $ 363.00 | 37.50% | $ 136.13 | $ 309.25 | 37.50% | $ 115.97 |
| Dec-18 | $ 1,815.00 | 37.00% | $ 671.55 | $ 1,237.00 | 37.00% | $ 457.69 |
| Apr-19 | $ 1,452.00 | 35.00% | $ 508.20 | $ 989.60 | 35.00% | $ 346.36 |
| May-19 | $ 1,452.00 | 34.50% | $ 500.94 | $ 989.60 | 34.50% | $ 341.41 |
| Sep-19 | $ 1,516.00 | 32.50% | $ 492.70 | $ 1,053.60 | 32.50% | $ 342.42 |
| Oct-19 | $ 1,516.00 | 32.00% | $ 485.12 | $ 1,053.60 | 32.00% | $ 337.15 |
| Nov-19 | $ 2,274.00 | 31.50% | $ 716.31 | $ 1,580.40 | 31.50% | $ 497.83 |
| Apr-20 | $ 1,516.00 | 29.00% | $ 439.64 | $ 1,053.60 | 29.00% | $ 305.54 |
| Jun-20 | $ 395.00 | 28.00% | $ 110.60 | $ 283.40 | 28.00% | $ 79.35 |
| Jul-20 | $ 1,580.00 | 27.50% | $ 434.50 | $ 1,133.60 | 27.50% | $ 311.74 |
| Aug-20 | $ 3,950.00 | 27.00% | $ 1,066.50 | $ 2,834.00 | 27.00% | $ 765.18 |
| Sep-20 | $ 3,160.00 | 26.50% | $ 837.40 | $ 2,267.20 | 26.50% | $ 600.81 |
| Oct-20 | $ 6,320.00 | 26.00% | $ 1,643.20 | $ 3,967.60 | 26.00% | $ 1,031.58 |
| Nov-20 | $ 7,900.00 | 25.50% | $ 2,014.50 | $ 5,668.00 | 25.50% | $ 1,445.34 |
| Apr-21 | $ 4,740.00 | 23.00% | $ 1,090.20 | $ 3,400.80 | 23.00% | $ 782.18 |
| May-21 | $ 1,975.00 | 22.50% | $ 444.38 | $ 1,417.00 | 22.50% | $ 318.83 |
| Jul-21 | $ 1,239.00 | 21.50% | $ 266.39 | $ 912.60 | 21.50% | $ 196.21 |
| Aug-21 | $ 1,652.00 | 21.00% | $ 346.92 | $ 1,216.80 | 21.00% | $ 255.53 |

Total Late Payment Interest Unpaid Contributions: $ 18,724.03 $ 11,777.90

Total Due Unpaid Contributions + Liq. Damages + Late Interest: $ 83,928.73 $ 54,047.77

**Employer Name: Cabral Trucking Corp**
**Address: 2N 553 Pauley Rd Elburn, IL 60119**

**ER# 5165**
**LOCAL: 673**

Phone: 224-377-7094
Contact: Francisco Cabral

Audit Date: 01/06/2025    Period Covered: April 1, 2016 through September 30, 2021

Error Code Descriptions
A) Reported employees incomplete records. Weeks with records and estimated weeks do not match reported weeks.
B) Non-reported employees incomplete records. Weeks with records and estimated weeks do not match reported weeks.

| | WELFARE | PENSION |
|---|---|---|
| **Paid Contributions Discrepancies** | $ - | $ 5.00 |
| Jun-16 Underpaid Pension Fund | $ - | $ (10.00) |
| May-17 Overpaid Pension Fund | $ - | $ 1.20 |
| Aug-17 Underpaid Pension Fund | $ - | $ 1.60 |
| Sep-17 Underpaid Pension Fund | $ - | $ (810.00) |
| May-18 Overpaid Pension Fund | $ 240.00 | $ 240.00 |
| Jun-19 Did Not Remit Rate Increase | $ 192.00 | $ 192.00 |
| Jul-19 Did Not Remit Rate Increase | | |

| | WELFARE | PENSION |
|---|---|---|
| **Paid Contributions Interest and Liquidated Damages** | $ 3.31 | $ 2.16 |
| Jun-16 Contributions Received August 2016 - Interest | $ 3.31 | $ 2.19 |
| Apr-17 Contributions Received June 2017 - Interest | $ 5.21 | $ 3.47 |
| Mar-18 Contributions Received May 2018 - Interest | $ 6.94 | $ 4.63 |
| Apr-18 Contributions Received June 2018 - Interest | $ 15.62 | $ 10.41 |
| May-18 Contributions Received July 2018 - Interest | $ 16.34 | $ 11.13 |
| Jun-18 Contributions Received August 2018 - Interest | $ 18.15 | $ 12.37 |
| Aug-18 Contributions Received October 2018 - Interest | $ 16.52 | $ 12.17 |
| Aug-21 Contributions Received October 2021 - Interest | | |

| | | |
|---|---|---|
| **Total Due on Paid Contributions:** | $ 517.40 | $ (321.67) |

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE ER # 5165** | $ 84,446.13 | $ 53,726.10 |