**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) | |
| | ) | CIVIL ACTION |
| *Plaintiffs,* | ) | Case No. 1:26-cv-07510 |
| | ) | |
| v. | ) | |
| | ) | |
| CABRAL TRUCKING, CORP., an Illinois corporation | ) ) | |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT**

NOW COMES Defendant, CABRAL TRUCKING CORP., by and through its undersigned Counsel, Allocco, Miller & Cahill, P.C., answers the Plaintiffs' Complaint as follows:

**JURISDICTION AND VENUE**

1.   (a)   Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

**ANSWER**: Defendant admits the allegations in Paragraph 1(a).

(b)   Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Funds as described in Paragraph 2, are administered.

**ANSWER**: Defendant admits the allegations in Paragraph 1(b).

**PARTIES**

2.   (a)   Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue

1

pursuant to 29 U.S.C. 1132(a)(3).

**ANSWER**: Defendant admits the allegations in Paragraph 2(a).

(b) The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to trust agreements and are funded through employer contributions required by collective bargaining agreements previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("The Union") and Employers.

**ANSWER**: Defendant admits the allegations in Paragraph 2(b).

3. (a) CABRAL TRUCKING CORP., an Illinois corporation, from April 1, 2016 through the present, employs employees represented by the Union and is bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by its employees.

**ANSWER**: Defendant admits the allegations in Paragraph 3(a).

(b) CABRAL TRUCKING, CORP., maintains its principal place of business at Elburn, Illinois.

**ANSWER**: Defendant admits the allegations in Paragraph 3(b).

(c) CABRAL TRUCKING, CORP.,is an employer engaged in an industry affecting commerce.

**ANSWER**: Defendant admits the allegations in Paragraph 3(c).

4. On May 22, 2020 CABRAL TRUCKING, CORP., entered into an Area Wide Material Hauling Agreement with Teamsters Local 673 for the period from June 1, 2015 through May 31, 2019, which continued in effect following that date, and later, effective June 1, 2021 through and including May 31, 2023 with Teamsters 673, as confirmed with the Local, as extended, which required contributions to the Funds pursuant to 29 U.S.C. 1145 (Exhibit A). CABRAL TRUCKING, CORP., has not sent a notice of termination.

**ANSWER**: Defendant admits the allegations in Paragraph 4.

5. Pursuant to the collective bargaining agreements between CABRAL TRUCKING,

2

CORP., and the Union, CABRAL TRUCKING, CORP., failed and continues to fail to make its obligated contributions to the Fund for the period April 1, 2026 through September 30, 2021 as disclosed in an audit conducted on January 6, 2025 (Exhibit B).

**ANSWER**: Defendant denies the allegations in Paragraph 5.

6.    The audit disclosed $86,446.13 due the Welfare Fund and $53.726.10 due the Pension Fund for a total of $138,172.23.

**ANSWER**: Defendant denies the allegations in Paragraph 6.

Dated: August 12, 2026

Respectfully submitted,

CABRAL TRUCKING, CORP.,

By:  /s/ Todd A. Miller
Attorney for Defendant

Todd A. Miller (ARDC #6216561)
Kathleen M. Cahill (ARDC #6269486)
**Allocco, Miller, & Cahill P.C.**
*Attorney for Defendant*
20 North Wacker Drive, Suite 3517
Chicago, IL 60606
Telephone: (312) 675-4325
Fax: (312) 675-4326
tam@alloccomiller.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on today's date, **August 12, 2026**, he served a copy of **Defendant's Answer to Plaintiffs' Complaint** via CM/ECF to the Plaintiff's counsel at the email/address below:

John J. Toomey
ARNOLD & KADJAN, LLP
Attorneys for Plaintiff
35 E. Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415


/s/ Todd A. Miller
Attorney for Defendant
**Allocco, Miller, & Cahill P.C.**
20 North Wacker Drive, Suite 3517
Chicago, IL 60606
Telephone: (312) 675-4325
Fax: (312) 675-4326
tam@alloccomiller.com
State Bar no. 6216561

4