**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>CABRAL TRUCKING, CORP. an Illinois corporation<br><br>Defendant. | ) | Case No.: 26 C 7510<br><br>Judge John W. Tharp, Jr.<br><br>Magistrate Judge Beth W. Jantz |

**JOINT STATUS REPORT**

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorney, John J. Toomey of Arnold and Kadjan, LLP, and Defendant, CABRAL TRUCKING, CORP., an Illinois corporation, by its attorneys, Todd Miller and Kathleen Cahill of Allocco, Miller & Cahill, P.C., and pursuant to this Court's August 18, 2026 Minute Entry (Docket #11) submits the following Joint Status Report.

1. **The Nature of the Case**

   A. **The attorneys of record for each party, including the attorney(s) expected to try the case.**

| Attorney for Plaintiffs | Attorneys for Defendants: |
|---|---|
| John J. Toomey (lead trial attorney) | Todd Miller (lead trial attorney) |
| ARNOLD AND KADJAN, LLP | Kathleen Cahill |
| 35 E. Wacker Drive, Suite 600 | Allocco, Miller & Cahill, P.C. |
| Chicago, Illinois 60601 | 20 N. Wacker Drive, Suite 3517 |
| (312) 236-0415 | Chicago, Illinois 60606 |
| | 312-675-4325 |

B. **The nature of the claims asserted in the complaint and any counterclaims and/or third party claims.**

Lawsuit was filed on June 26, 2026. Defendant was served July 16, 2026.

Count I seeks payment for $84,446.13 Welfare and $53,726.10 Pension Fund for a total of $138,172.23, based on audit findings. No challenges have been presented by Defendant.

Defendant's Appearance filed on July 23, 2026 and Answer filed August 12, 2026. No counterclaims or affirmative defenses are anticipated.

`

C. **State the major legal and factual issues in the case.**

Whether Employer owes delinquent benefit contributions.

D. **The Relief sought by the Plaintiffs**

Payment of delinquent benefits plus all relief permitted under 29 U.S.C. 1132(g)(2), i.e. liquidated damages, interest, audit fees, reasonable attorneys' fees and costs and such other legal and equitable relief as the court deems appropriate.

2. **The Basis of Federal Jurisdiction.**

A. Jurisdiction of this cause for collection of delinquent Fund contributions is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended for recovery of delinquent ERISA debt; pension and welfare unpaid contributions.

3. **Status of Service**

All parties have been served.

4. **Consent to Proceed Before a United States Magistrate Judge**

A. The parties do not consent to proceed before a Magistrate Judge at this time.

5. **Motions**

a. No pending Motions.

b. Discovery will be needed on the following subjects:

i. The scope of the bargaining unit under the contract, as applied to Employers and how many men and weeks worked owed under the audit and any Employers' challenges to the audit findings.

ii. Discovery Plan:

Rule 26(a)(1) disclosures are to be made by September 15, 2026.

Date to issue written discovery by October 1, 2026.
Plaintiffs forwarded discovery to Defendant on August 18, 2026.

All fact discovery is to be commenced in time to be completed by November 15, 2026.

Plaintiffs have noticed up the deposition of Francisco J. Cabral for October 1, 2026,

Defendant anticipates taking two depositions.

iii. Plaintiffs and Defendants do not anticipate retaining experts. The auditor reviewing Defendant's books and records is not regarded as an expert.

**6. <u>Settlement Discussions</u>**

A. Plaintiffs' settlement demand is $47,954.91 Welfare and $57,122.21 Pension for a total of $105,077.12.

Respectfully submitted,

TRUSTEES OF THE SUBURBAN
TEAMSTERS OF NORTHERN ILLINOIS
WELFARE AND PENSION FUNDS, Plaintiffs
s/John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415

CABRAL TRUCKING, CORP.,
an Illinois corporation
Defendant
s/Todd Miller
s/Kathleen Cahill
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
312-675-4325

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 18, 2026, I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system.

s/John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: August 18, 2026