**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds

Plaintiff,

v.

Case No.: 1:26−cv−07510
Honorable John J. Tharp Jr.

Cabral Trucking, Corp., an Illinois corporation

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 29, 2026:

MINUTE entry before the Honorable Beth W. Jantz: Telephonic status hearing held on 10/29/26. The parties provided an update on discovery progress. A joint status report shall be filed by 1/14/27 with a further update on discovery efforts. The fact discovery deadline is stricken for now, and will be reset after reviewing the JSR. As noted on the record, the parties' written discovery responses are due to be served by 11/15/26. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.